**FILED**

April 19, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        Case No. 2:12MJ00103-GGH-1
                             )
v.                           )        ORDER FOR RELEASE OF
                             )        PERSON IN CUSTODY
CASSIUS MARCELLUS HALEY JR., )
                             )
            Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CASSIUS MARCELLUS HALEY JR.  , Case

No.  2:12MJ00103-GGH-1  , Charge  21USC § 846, 941(a)(1)  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            ✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 19, 2012  at  2:00 pm  .

                          By    /s/ Gregory G. Hollows
                                Gregory G. Hollows
                                United States Magistrate Judge

Copy 5 - Court